JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK FREDRICKSON, | Case No: 5:20-cv-02281-JEM |
| Plaintiff | **JUDGMENT** |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: 6/16/2021

THE HONORABLE JOHN E. MCDERMOTT
United States Magistrate Judge

-1-